DOC NO
REC'D/FILED

2021 AUG 10 PM 12: 18

PETER OPPENEER
CLERK US DIST COURT
WD OF W

# ATTACHMENT 1

*Please see Attachment with below information:*

# COMPLAINT FORM

**(for non-prisoner filers without lawyers)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF _____

_____

(Full name of plaintiff(s))

_____

_____

_____

vs                                                       Case Number:

(Full name of defendant(s))                   _____

                                                        (to be supplied by clerk of court)

_____

_____

_____

_____

A.    PARTIES

1.    Plaintiff is a citizen of _____ and resides at
                                                    (State)

_____
                                    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

DOC NO
REC'D/FILED

2021 AUG 10 PM 12: 19

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

Plaintiff:                                Civil Action Complaint

John Gardner                              Case Number ___21-cv-503-wmc___

vs

Defendents:

Harvard University

Harvard University Police

Robert Neugeboren

Sergio Imparato

Susan Donnelly

Chris Bavitz

Tanna Wise

Johns Hopkins SAIS

Father Phil Merdinger

New England Center & Home Veterans

Boston Housing Authority

Tim Murphy

Dianne Kreibich

Milton Gardner

Dr. Keith May

Dr. Gary Anderson

Veterans Incorporated

A. Parties:

1. Plaintiff: John Gardner is a citizen of Wisconsin, 302 Wisconsin Ave Madison WI 53703-2108

1

Parties continued:

2. Defendant Harvard University, located at Massachusetts Hall Cambridge, MA 02138

3. Defendant Harvard University Police, located at 1033 Massachusetts Ave. 6th Floor Cambridge, MA 02138

4. Defendant Robert Neugeboren is a citizen of MA, works at Harvard Extension School, located at Harvard, FAS Division of Continuing Ed. 51 Brattle St Cambridge MA 02138

5. Defendant Sergio Imparato is a citizen of MA, works at Harvard Extension School, located Division of Continuing Education, FAS - Harvard 51 Brattle St Cambridge MA 02138

6. Defendant Susan Donnelly is a citizen of MA, works at Harvard University Division of Continuing Ed., located at Rm 225 51 Brattle St Cambridge MA 02138

7. Defendant Chris Bavitz is a citizen of MA and works at Harvard Law School located at Cyberlaw Clinic Wasserstein Hall, Suite 5018 Cambridge, MA 02138

8. Defendant Tanna Wise citizenship is unknown, claims on social media to be a student at Johns Hopkins University 1740 Massachusetts Avenue, NW Washington, DC 20036

9. Defendant Johns Hopkins University School of Advanced International Studies (SAIS) 1740 Massachusetts Avenue, NW Washington, DC 20036

10. Defendant Father Phil Merdinger is a citizen of MN, works at St. Lawrence Newman Center Catholic Church/Brotherhood of Hope & St. Paul Outreach 1203 5th St SE, Minneapolis, MN 55414

11. Defendant New England Center & Home Veterans located at 17 Court Street Boston MA 10838

12. Defendant Boston Housing Authority located at 52 Chauncy St Boston MA 02111

13. Defendant Tim Murphy is a citizen of MN, works at Murphy Law Office, located110 East Main St. Caledonia MN 55921

14. Defendant Dianne Kreibich is a citizen of MN and works at Mayo Franciscan 200 1st St SW, Rochester Minnesota, 55905, United States

15. Defendant Milton M. Gardner Jr. is a citizen of MN, and resides at 2748 Quebec Ave N Minneapolis, MN 55427

16. Defendant Dr. Keith Mays is a citizen of MN and works at the University of Minnesota Dental School Moos Tower 515 Delaware St. SE Minneapolis, MN 55455

17. Defendant Dr. Gary Anderson is a citizen of MN and works at the University of Minnesota Dental School Moos Tower 515 Delaware St. SE Minneapolis, MN 55455

18. Defendant Veterans Incorporated is located at 69 Grove Street Worcester MA 01605

B.

## Statement of Claim

On January 31st 2019, Harvard University Extension School Administratively Withdrew me suddenly and without Due Process (Doe v Purdue), not citing any specific violations and not providing me any notice or hearing to inquire why. I was informed I should contact the Secretary of the Administrative Board for Harvard University, one Susan Donnelly about how to be reinstated if I desired to be. I had been officially admitted in the Harvard Extension School's Masters LIberat Arts (ALM) International program on early morning January 15th 2019. I was notified on January 31st 2019 that I had been administratively withdrawn.

When I contacted Susan Donnelly and inquired about why, she cited that I had introduced my former teaching assistant's father into commentary, though due to disparate impact from the teaching assistant (Ms. Tanna Wise) during the fall of 2018 class in question, I had to change sections due to the absence any oversight from the instructor Sergio Imparato or Dean of Students Robert Neugeboren during the semester--Dean Neugeboren employed the 'silent treatment' towards me mid-semester in November 2018, also imposing that the teaching assistant, Ms. Tanna Wise, also employ the 'silent treatment': Ms. Wise was the lead teaching assistant and left me out from any help for the second half of the semester. Emails show Neugeboren's silent treatment. One one hand, Neugeboren and Imparato apply loosely or not at all policy and procedures with Tanna Wise, while on the other hand, the apply student conduct threats towards me for legitimate questions, violating Harvard's policy on non-retaliation. But December 2018 when I introduced the horrific tragedy of Tanna's father as likely explaining her behavior due to unresolved trauma (similar in subject matter to my own family, especially due to my oldest brother Milton (Tony) Gardner, also a defendant), neither Neugeboren or Imparato invite third party trained experts on trauma or mediation but continue the silent treatment. Susan Donnelly too would later dismiss the element of unresolved trauma with Ms. Tanna Wise, seemingly part of what we now know is trafficking--Donnelly would also stalk me later in 2019. Rather than help Tanna Wise (and me) per policy, they are exploiting her trauma--exploiting me too due to not having the resources for an attorney.

Please note, Dean Robert Neugeboren is also a Title IX point person. I came to believe the reason for the "disparate treatment" was due to the decade's long tragedy of Ms. Tanna Wise's father, learning this later in the semester and raising questions if this explained Ms. Wise's behavior and false claims of academic/scholarly achievement on her Linkedin--A MN Federal Judge recognized "disparate impact" when I filed for Injunction Relief in March 2019 to be reinstated. Chief John Tunheim asked that I refile and clean up the Pleading; but this is a new filing due to new information identified after Judge Tunheim's request, with new Cause of Action. Neugeboren, along with Sergio Imparato violate Title IX twice over; they favor Ms. Tanna Wise over me due to personal reasons during the Fall 2018 class, only to favor themselves over Ms. Tanna Wise in February 2019 when they seem to throw Ms. Wise under the bus to save their own failures from Fall 2018 by not allowing Ms. Tanna Wise to be a teaching assistant in Spring 2019.

I did not know any of the established facts and sets of circumstances in March 2019 that I would learn later on in 2019 and throughout 2020, into the present which explains Harvard's extreme retaliatory behaviors, as well as, other people not working with Harvard but who are affiliated with Harvard or those Harvard people of concern--other defendants, Phil Merdinger, and Dr. Keith Mays, seemingly Dr. Gary Anderson, perhaps others which discovery will expose?

Susan Donnelly provided me no specifics and contradicted herself about the reinstatement process and chances of being reinstated: First Donnelly stated "almost always", avoiding to answer my inquire before I asked again; the follow week, she wrote me that almost never is a student reinstated. Susan Donnelly has stalked me on several occasions since June 2019. Susan Donnelly refused to provide me her credentials. Based on Robert Neugeboren's August 2020 automated response for being on vacation, his response referring people to Susan Donnelly indicates he and Donnelly are keeping each other close due to the seriousness to each other's behavior.

On January 15th 2019, three hours after I was notified of my admissions into the ALM program, I received an email from a Harvard police officer stating that Ms. Tanna Wise had filed a complaint against me for harassing her. The police officer did not provide a complaint; Harvard police refuses to provide a copy: after six requests for a copy of the complaint, I still have not received a copy. The police officer threatened me with both jail and fines if I contacted Tanna Wise (I had no intention to contact her at that point or after my last inquiry about my section grade from her on January 8th 2019). The police officer's January 15th 2019 email threatening me with jail and fines is a U.S. Code 242 Color of Law violation, seemingly a preface of intimidation and retaliation before fulfilling the ongoing Due Process violation by suddenly withdrawing me without any hearing or chance to explain my side on January 31t. 2019. The only reason provided was "too many emails", though no specific conduct code violation or incident was cited. The reason for the increasing emails was due to the increasing silence and aversion to provide oversight with Tanna Wise and the ongoing violation of the Harvard non-

4

retaliation policy and other Harvard police e.g. the Harvard grade policy was violated too in early 2019; Sergio Imparato more or less is caught lying intentionally or at minimum, clearly contradicting another teaching assistant--emails show this.  My request that that the content of the emails be explained and discussed went on deaf ears, with the generic, "too many emails" being cited.  Ironically, Harvard President Larry Bacow state's in response to their recent external review finding decades old Title IX violations and a culture averse to accountability that the reasons was complaints being spread throughout the university to different departments and people; President Bacow cannot claimed this with me due to my including multiple people and entities at Harvard with the hope someone or some people would finally respond.

Furthermore, the complaint had a 2018 date; and Harvard police failed to follow its own policy for "acting in a timely manner, mediating and educating".  And on March 14th 2019, the Harvard police again threatened me with a No Trespass for my continued inquiry about the aforementioned concerns dating back to March 2018 with Robert Neugeboren and Harvard law professor Chris Bavitz regarding the Harvard Innovation lab data protection protocol, this the week before the national scandal with the Facebook Cambridge Data Analytics for the selling of personal information.  I contacted Chris Bavitz in March/April 2018 due to Professor Bavitz having a youtube video on Ethics at the Innovation Lab.  Bavitz did not respond; rather, Dean Robert Neugeboren appears for the first time through his Assistant Dean Shirley Green, with Dean Green threatening me with potential student conduct violations if I did not stop asking the Innovation Lab about is data protection protocol.  I was approached by an individual with the Innovation Lab in early March, the communication via email and the subsequent phone call raising concerns if the unprofessional manner and contradictions was some form of identity theft scheme, leading me to simply inquire to the appropriate people about the Innovation Lab's "data protection protocol".  Rather than respond with some sort of "thank you Mr. Gardner, we appreciate your inquiry and concern, and can assure you we take serious the protection of personal data", I was threatened through Dean Robert Neugeboren, again a viotion of Harvard's non-retaliation policy.  Although Professor Chris Bavitz did not respond, I caught him more or less stalking me in mid-December 2019 at the Boston Park Plaza Starbucks, seating down staring at me--have an email recorded informing other people of this. I caught Bavitz again stalking me December 2020 in front of the Old City Hall in Boston, during a time I was inquiring about the issue of trafficking with other people.

On April 9th 2019, after my second request for a copy of the complaint, Harvard police misled Ohio State personnel to block access to my Ohio State emails which composed all of the facts for the March 14th 2019 Federal Injunction for Relief--Ohio State finally returned my email data in early July 2019 after I informed the Ohio State Vice General Counsel in June 2019 and other Ohio State officials earlier on, beginning in April 2019. There is good reason to believe that Robert Neugeboren is part of the misuse of a complaint as a means to retaliate and intimidate me from further inquiry and the reason I was suddenly withdrawn without any Due Process or specific reason stated.

This period from March 2019 through the summer of 2019 with the unusual and seemingly very desperate behavior from Harvard is now explained by the element of trafficking/commercial sex, bridging the first part of 2019 and the context dating back to March 2018 through Fall 2018 with the second half of 2019 through the present. The intermeshing dates and events within these paragraphs help explain the connectivity to why there was no Due Process and the increased heavy-handed tactics by Harvard--essentially, blocking me access to my Ohio State email seems to be obstruction of justice and perhaps tampering with evidence during an active Federal case.

During the Fall 2018 class, the instructor Sergio Imparato provided no oversight with his lead teaching assistant, Tanna Wise, when I brought concerns to him. I did not know then that Sergio Imparato and Tanna was were intimately involved and were both friends with one Nidia Fevry and her husband through the Secret Society Boston, a BDMS/Swing Sex organization. Sergio Imparato lied to me about a concern with my class grade on January 8th 2019--this had to do with the section grade input from Tanna Wise. Also, Sergio Imparato's wife, Anne Valerie Imparato, was Harvard Dispute Resolution Office Fellow at the time of the Fall 2018 class and through 2019 when concerns should have included mediation. It was also my communications with the former boss of Nidia Fevry in December 2020, one Sandy Tenant, who MA Governor Charlie Baker removed years ago from his fundraising committee for his "raff lifestyle" that Professor Chris Bavitz appears next to me in front of Old City Hall.

Also, during the Fall 2018 class, I provided an email to Tanna Wise, Robert Neugeboren, and one Allyson Boggess, an admissions academic advisor since I would be applying to the ALM program by the end of November 2018. The Ocober 11th 2018 email I provide to Tanna and others was due to my increasing concern that Tanna was not delaying her email responses for section questions, in part due to my concern about her Linkedin having gross inaccuracies and her having 20 percent of my grade, concerned that her increasing disparate treatment (other students in section stated she responded promptly, one day etc but was responding to my email inquiries a week later or not at all). The October 11th email had primary source material for the crime against my late mother's Will those other defendants in this case are involved in. I told Tanna I was going to see to attend a VA legal clinic in Minneapolis and would appreciate if she would be more mindful of her email response time, that I was dealing with some heavier than normal personal concerns. What I did NOT know at that time was the subject matter in the October 2018 email to her was very similar to her own family experience with her father: rape/escorting/murder. When I learned later in the semester about Tanna's late father, a once respected UTexas-Austin professor dying in prison in Texas in 2016, due to the symptoms of a frontal lobe stroke turning a once first-class man into a very ill, violent/sexual pervasive person, I realize that Tanna had to have experienced a lot of traumas, seemingly her behavior to me was explained through unresolved trauma.

Based on my own life experience, I knew how real family trauma can impact other family members. The family of Tanna and mine are uncanny similar in nature--I even share the same birthday with the late Dr. Gary LaMar Wise. This email is important for connecting concerns with Harvard with the crime against my late mother's Will: I believe the bogus complaint in Tanna's name is based on the content of this October 11th 2018 email, used behind the scenes to discredit me, explaining why Harvard refuses to provide me a copy and their intentional violation of my Due Process.

Tanna Wise stalked me on October 12 2019 with a man named Izhak Cohen at at Starbucks in Brookline--I had never heard of Izhak Cohen until he sat down and told me he was from Israel, implying I would regret my email sent the day before to media outlets in Ohio and Harvard with the primary source April 9th email between me and Ohio State IT security regarding the blockage of my Ohio State email. Tanna appeared again on December 7th 2019 at a Starbucks in the Boston Park Plaza Hotel; Tanna appeared again at The Boston Public Garden on Thursday January 9th 2020, making eye contact with me, following me, then speaking cryptically after I stopped to speak to her; Tanna stated, "Da Vinci is intimidating", I did not know what she meant by this at the time. Izhak Cohen appeared standing next to me at the Boston Park Plaza Hotel Starbucks on Friday January 10th 2020--Cohen sat down and stared at me. Tanna Wise appeared again on Saturday early evening January 11th in the Boston Park Plaza Starbucks, walking in from the hotel lobby without a coat and with a large gym bag. When I approached to say hello, Tanna looked away and was glossy eyed; she seemed embarrassed to see me. When I sat back down, she moved behind me and took pictures with her phone. Tanna would send me two nude pictures on February 4th from a Harvard apartment located two blocks from the instructor Sergio Imparato--on the wall behind Tanna's pictures is a tapestry of DaVinci's Vitruvian man.

On December 16th 2019, a woman named Nidia Fevry appeared into my life; she showed up with another woman who appeared the night before at same place (The Corner Pub) who stated in front of customers, "I want to "f..k" you, saying this repeatedly. We all laughed and I was embarrassed. A witness who signed my Living Faith daily mediation was sitting next to me, one Joe Rosato, former Senior Music Engineer for the band Boston--one of my favorite bands. This woman's name is Aysha. Aysha appeared the next day wtih a friend name Nidia Fevry, they both appeared within twenty seconds or less behind me as if they knew I would be there. We sat down. Nidia asked me if "I was into threesome". Nidia was molesting my hands and forearms, very weird. They walked outside, came back in with a different attitude. Aysha stated, "ok, let's stop the gaslighting'. I have both ladies' cards; Nida sent me an email. Aysha asked if I knew a Sandy Tenant and I stated I did not, never heard of a Sandy Tenant. Aysha asked me if I would help recoup the 22,000.00 dollars Sandy Tenant owed her for work on a 2018 GOP Senate primary. I told her I did not know but perhaps some of it. I did not speak to Sandy Tenant until December 2020. Sandy Tenant admitted to knowing both ladies. When I

7

asked Tenant if he owed Aysha 22 thousand dollars, he responded with, "I thought she is out of the country". Sandy's response to my concern with Nidia Fevry being engaged in human trafficked was superficially, "I would be shocked". Sandy Tenant told me he knew the U.S. Attorney who might be able to help. I thought this was odd considering Tenan's "Raff lifestyle", to quote Governor Baker's reason for removing him from his fundraising committee. And, on January 31st, Nidia Fevry emailed me, stating she is in Miami at the Super Bowl; that I am dealing with a ruthless academic system of MA, that I should take off a couple of years and come back to take classes, that something like what happened to me happened to her. And, Nidia Fevry states in this email, "I have many affiliations with Harvard". Then on February 4th 2020 I receive the two nude pictures of Tanna Wise. And, on February 11th, Izhak Cohen is arrested in Israel for laundering ten million dollars of prostitution money. Cohen's accomplice, Tracy Reyonlds is arrested on February 11th 2020 in Tampa trying to flee the country to Mexico--she pled to a year and one day this June. Cohen has not been extradited as far as I know. Going back to the night of December 16th at The Corner Pub, Tanna Wise walked down the side walk as I stood outside on the side step, walking by without saying hello, then turning the corner.

In late December 2019 while I lived in the New England Center for Veterans in downtown Boston, a veteran named "Joshua flagged me down and asked me if I was familiar with Trinity Boston Church and knew anything about Family probate matters. I had never seen or hear of this Joshuas in the previous two and half weeks living in New England Center. But Josuah did not wear his name tag as the rules direct. Joshua's two questions had direct relevance to my life: I had arranged for Tanna Wise to meet me on Sunday December 15th at Trinity Boston to ascertain how much Harvard was coercing and who else was involved, for her to meet me there at 6 PM service. Tanna arrived at 6 PM and sat behind me, then a plain cloth security guard sat down immediately next to me even though the entire row was empty other than myself. This plain cloth security guard had made countenance with Tanna before sitting down. I picked up right away that something was not right. When I got up and left, I found a control card for a protective service firm parked immediately across the street with the driver looking down and a large antenna sticking up. Michigan State was caught paying 500,000.00 dollars for spying on victims with the Nasser scandal, so I was not surprised that Harvard would outsource the same. I saw Susan Donnelly approaching me at 7:35 PM; I had told Tanna that we could speak briefly after the service ended at 7PM, so I waited around the area to see what would unfold. I lost Susan Donnelly after she walked by through an Alley to the side, seeing her run back after seeing around the corner that she turned around and did not see me. When she ran to the other corner from which she originated, I took off in a new direction across the street and ended up at The Corner Pub where Aysha appeared later on; Aysha was drunk when she appeared the night of December 15th and made her lewd comments; she was sober the next night with Nidia Fevry. Just so, between Joshua introducing the Trinity Boston Church and Family probate, I knew right away he has an ulterior motive; it turned out that he never attended the Trinity Boston Church as he claimed, he almost forgets that he introduced the

concern on December 29th/30th--I have the email string I started that day, sharing it to good friends, one who fully understands these types of situations.

Joshua would stop down and ask me about a woman without using her name. I would share just enough with him to pique his response.  He stated one time in January, "as long as you do not ruin it".  I did not know what he meant but leaned towards the harsh reality that there was trafficking/prostitution going on with Tanna, Nidia, and Aysha--perhaps Susan Donnelly too? Finally, when I told Joshua on Thursday February 6th that Tanna sent me nude pictures on February 4th, he asked if he could see them.  When I open up the pictures, he stated, "I wonder where they have her?".  I knew then for sure that he had entered the New England Center for ulterior motives.  Joshua had told me he had moved to Boston from Texas.  When I asked him if he had lived in San Antonio, he stated yes, that he use to "Philander", that he had no mother growing up.  Tanna Wise moved to Boston from San Antonio.

The New England Center for Veterans failed to respond to my concerns with Joshua.  I left Boston on February 15 due to the harassment of a couple of veterans putting dust type material in the duck work and also wanting to return to WI for other reasons.  Then Covid occurred.  I had some rough spots in WI and returned to Boston and the New England Center to inquire more about the plight of Tanna.  By this time, Tanna and I would communicate in an around about way; it was clear she was a victim of trafficking.  It was clear she had not returned to Johns Hopkins for the fall 2019/spring 2020 for her second year.  And, New England Center for Veterans told me I could be housed in a permanent housing situation within two months located on their complex; I returned in early July 2020.  It took ten months to be finally housed, with my concerns that I could move on to other options if they did not house me soon.  Each time, I was told, "don't leave, you are almost there, within the next thirty days".  I had been told by one veteran in February that staff thought I was undercover law enforcement, that they were going to bring me down, that they were intruding into my internet and emails.  I had picked up those other veterans clearly spoke about content only which would be found in my emails but which was never shared with anyone.  I got along with a lot of veterans; there is a lot of good staff and great people. But there is also some bad staff, with word being there is some embezzlement occurring. The New England Center always had problems with drug dealing. Every once in a while, there would be a death from overdose; the prevailing culture is not one of active recovery.  I finally gave the Vice President of Operations Brian Reeves an ultimatum in late March: either place me in a permanent housing situation or I would move on and exercise other options.  When I signed my lease on March 29th, I was NOT informed about a problematic person named Nathan Welsch.  When the property manager gave me the key on March 30th 2021, he stated, "there are some things I have to tell you".  A veteran friend has been sharing with me from the fall 2020 about a problem resident on his floor that vandalized his bikes and harassed him.  Brian Reeves would not take action. It turns out the person that I was place next to is the same problem person, one Nathan Welsh.  The other victimize veteran lives across the floor from him.  I was placed immediately next to Welsch on March 30th 2021.

9

From April 1st 2021 through the Saturday May 15th when I moved out so I could sleep without fear of all night interruptions by Nathan Welsch, the police were called several times a week sometimes twice in one night due to the loud music and other harassing behavior. I learned the smell coming in through my window was Meth. Brian Reeves and staff did nothing. They intentionally place me next to this problematic person, intentionally failed to inform me about him before I signed the lease, and they are intentionally not resolving the problem. Word from other veterans is that Natan Welsch "has dirt" on Carlton Johnson, the property manager. The lease is actually held by Boston Housing Authority. I believe and others in my support network that New England Housing purposely placed me next to this guy to slow me down from filing in Federal Court since they knew I planned on doing so. Boston Housing Authority too has failed to remove the problem person or take appropriate legal action. New England Center knew about this guy's behavior dating back to May 2020. It appears that drug dealing networks have corrupted some people. I have been homeless since May 16th 2021 but am sleeping better on the street than I was in my leased residence. Due to the connectivity with my Harvard/Tanna Wise concern, I am including New England Center and Boston Housing Authority as defendants.

In late February 2017, my oldest brother Milton Gardner and next oldest sibling, Dianne Kreibich filed restraining orders against me, citing several outrageous claims. My late mother passed away on December 3rd 2015; my family did not tell me. Dating back to 2011 and more into June 2015, my oldest brother Milton Gardner has perpetuated a false narrative that I am violent and insane, which is simply untrue. Milton Gardner spent time in prison for first degree sexual assault and kidnapping an ex-girlfriend--this in May 1982. Milton was a third-year dental student at the UMinnesota and president of Psi Omega dental fraternity at the time of his arrest for rape/kidnapping. Milton is eight years older. He is also the primary suspect for a double homicide from March 1981--he is the dental student listed in the February 2006 WCCO Cold Case Diana Smith Double homicide who is the top suspect still today. The restraining orders were designed to block me from further inquiry about my late mother's Will. A June 2015 situation led to me believing something was not right with the treatment of my then mother living in a nursing home in La Crescent MN. When I inquired in December 2015 to Tim Murphy about my late mother's Will, Murphy told me "it is out there somewhere, I do not know anything more". I thought this was odd since Tim Murphy wrote the Will. I told Murphy I was heading to New Hampshire the next month to volunteer for Johns Kasich's Presidential campaign. I lived the month while New Hampshire with former U.S. Senator Goron Humphrey, who also helped pay for tuition with my first Harvard class in summer 2016. But when I inquired through my sister Dianne Kreibich's security at her worked due to not trusting Dianne or wanting to see her, it led to the bogus restraining orders. I had left a message with the security at Franciscan Mayo where my sister worked if they would forward a message to Dianne to provide a friend of mine who works a The Shrine of Our Lady of Guadalupe her contact information so my friend could inquire about our mother's Will.

Rather than provide her contact number to The Shrine, my sister Dianne Kreibich filed a restraining order, falsely claiming I had a previous fire-arm charge, which is UNEQUIVOCALLY untrue. Dianne made other outrageous falsehoods. Then Milton Gardner filed a bogus restraining order, these being February 15h and 21 respectively. I emailed Tim Murphy to please send a copy of the Will to The Shrine of Our Lady of Guadalupe, which he refused to do-- he did not reply. It is not only that which Dianne Kreibich and Milton Gardner have knowingly done that is wrong; it is that which they have not done: namely follow up per the conditions of the Will that they had at the time which calls for them to include me—why did Dianne Kreibich failed to provide her contact information to The Shrine?

I had spent the last of my money for an airline ticket to fly to Boston so to move back into a Worchester MA based Veterans Inc house in Bradford Vermont, to both be a van driver and to begin writing a book project which many high functioning people have suggested I do. Veterans Inc had given me the approval to reenter the Bradford VT home that I left in May 2015, leaving to return to Minnesota to see my mother in the nursing home--I also took the time to have a dental appointment at the UofMinnesoa filled. I left on good terms in May 2015 and was given the green light to return on March 1st 2017 when I was side blinded by the two restraining orders. I did not have the money to access the documents for my record that is due to years of active alcoholism but has no violence or anything close to the false claims made by Dianne Kreibich and Milton Gardner (I am the youngest of six children). Then after being served wit the restraining orders, I was notified by Veterans Inc that I was no longer allowed to return. I was literally left hanging without a place to live and with no means to defend myself at the hearings. Veterans Inc staff, the contact person who had given me the approval refused to state who it was who reversed the decision. All the person told me was "it is someone high up and that you threatened them". I did NOT threaten anyone and this false claimed is consistent with the false narrative Milton Gardner and Dianne Kreibich were wrongly perpetuating through abuse of process in La Crosse WI Family Court. Plus, I did NOT have a copy of my mother's Will since Tim Murphy refused to provide me a copy. Neither did I know in February 2017 that Milton Gardner had been divorced in December 2016 due to his wife and daughter learning about his involvement with escorts, namely one Hilary Holiday from Minneapolis.

I finally received a copy of the Will from Tim Murphy in late April 2017 after including him in a primary source string email that included a St. Paul homicide detective thanking me and other reputable people, including Senators Ron Johnson and Tammy Baldwin's staff who had helped pressure the Tomah WI VA to update my VA medical records to specific the type of family problems I have--the VA was very resistant for some reason even though I had primary source verification and offered to sign releases for VA staff to communicate with such primary sources. I am in the Will as an equal recipient but Tim Murphy presently refuses to provide me the documents legally mine per the Will he wrote but withheld from me before an Abuse of Process

hearing by my siblings in February 2017. Tim Murphy and my sister know each other and both live in Houston County MN.

I then learned in late April about Milton Gardner patronizing the Escort Hilary Holiday. I have email communication between myself and Hilary Holiday on the behavior of Milton Gardner towards her and other escorts. It is crucial to note that on June 5th 2019, I receive an email from Hilary Holiday by surprised with obtrusive inquiries about a link of hers about "Tony Gardner Bad Guy"--this is important since Harvard's Susan Donnelly was seen at St. Lawrence Newman Center on June 7th 2019. Susan Donnelly did not know I knew her appearance. I had requested for the sixth time a copy of the complaint in Tanna Wise's name on May 31st 2019. I believe Hilary Holiday knew somehow that my access to Ohio State emails was blocked. This June 5th 2019 email from Hilary Holiday, the October 11th 2018 email about my mother's Will and the specifics on that matter involving Milton Gardner includes Hilary Holiday's role and communications--I have never met Hilary Holiday in person and only learned of her through a blog she posted on February 21st 2017, the same date that Milton Gardner filed his bogus restraining order against me. And, I believe the commercial sex and trafficking identified at Harvard under the Jeffrey Epstein web of corruption has mutual interests with their nefarious likeminded circles in Minneapolis which includes Milton Gardner, with some connection not only with Harvard directly and the types of criminal networks trafficking Tanna Wise but also through a Priest in Minneapolis with ties in Boston--and this Priests lay friend named Tom.

And in May 2015, a Priest from St. Lawrence Newman Center named Father Phil Merdinger began interjecting into my conversations using students to gossip about me behind my back, very specific but hard to prove since I do not know most of the student's names but know a few that with specific incidents, indicate the Priest is hiding some ulterior behaviors that he does not want expose. Also in May 2015, the friend of Father Merdinger's named Tom approached me and bragged how he had lived in Worcester and Boston in the 1990's and interacted with Russian criminal networks. I thought it was odd how this man introduced himself and disclosed such subject matter never having met me before when considering I had just moved back to Minneapolis from Worcester and (Bradford Vermont). From May 2015 into the present, there has been several incidents and comments by this man named Tom and repeated acts of harassment from Father Merdinger and people associated with either his Boston based Brotherhood of Hope or St. Paul Outreach. In fact, on Saturday evening February 8th 2020, three members of St. Paul Outreach approached me at the Boston Park Plaza Hotel Starbucks.

The three members had association with St. Lawrence Newman Center in Minneapolis and implied I should be "merciful to Father Merdinger". In early April 2019, Merdinger's associations at St. Thomas More Newman Center at Ohio State had accessed without permission my Ohio State email, distributing content out of context to discredit me. Another Priest at St. Lawrence also made a comment to me on Sunday April 6 that which could only have been from my emails but not shared with any person at St. Lawrence. My landlady at the time in Minneapolis, one Sandy Dekker and member of St. Lawrence avoided me for two weeks

in early in April before she introduced content only which could have been found in my emails after I inquired about her sudden avoidance of me.

Sandy Dekker oldest grandson played basketball at Harvard, graduating in 2015. Sandy's younger granddaughter hoped to attend and play volleyball—that granddaughter is a high school senior this fall—all metro in the Minneapolis/St. Paul area. This point has direct relevance to May and June 2021 when I was in Minneapolis.

But Phil Merdinger essentially had three members of St. Paul Outreach who were living in the northeast stalk me on February 8 2020 to placate the concerns unfolding he is entangled in with Harvard, St. Lawrence Newman Center, and Merdinger's Boston based Brotherhood of Hope. In December 2017, a Harvard sophomore named Kevin Kearns approached me after Mass at St. Paul Harvard Catholic Chapel and say, "I will pray for you" --this student stated he was to be a seminary student at St. John's Seminary in Boston. I did not know this young man before he imposed himself and made a comment that implied, I needed prayers: the first thing he stated to me was "I will pray for you", yet, we had never spoke previously. Merdinger had retired from St. John's seminary in 2013. This student who graduated in 2020 now is part of Phil Merdinger's Brotherhood of Hope. Ironically, after the same Mass, I was invited to have coffee with retired professors and the presiding Priest, none of whom thought I needed their prayers.

Between Merdinger's negative interjections into my comments dating back to 2015 (have emails on this through 2019), Merdinger's friend Tom's comment about interacting with Russian criminal networks in May 2015, this Tom stating in early June 2019 that he was in the mafia, and what has unfolded with Harvard and their entanglement with St. Lawrence Newman Center, learning that Tanna Wise is a victim of trafficking and how Jeffrey Epstein and Izhak Cohen had close relations with people at Harvard, the events in May and June 2021 indicate coordinated efforts to interrupt me from pursuing justice with my Harvard concerns and my late mother's Will. I had intentionally included Father Phil Merdinger in emails with Susan Donnelly in February 2019 after Susan Donnelly contradicted herself, stonewalled me, and refused to provide me her credentials—knowing both were not being honest and both with presence in Boston.

The following events unfolded in Minneapolis upon my return to Minnesota on May 16 2021. I literally could not have a regular sleep pattern due to the protracted six-week nightmare at New England Center for Veterans in Boston; I left with the expectation those responsible would remedy the wrong: intentionally placing me in an unlivable situation. But when I walked from the Graduate Hotel after using his public open lobby for internet and emailing friends in Minneapolis, noting I would be attending 7 PM Mass, I crossed paths with Father Merdinger on the UofMinnesota. Merdinger was standing on the Hall of Fame for Scholarship, much closer to the Graduate hotel than St. Lawrence Newman Center. I said hello to Father Merdinger, and when I tried informing him that a fellow student in the Fall 2018 class that Tanna Wise was the teaching assistant works for the Bill & Melinda Gates Foundation, Merdinger literally responded, "I do not want to hear it". I told Merdinger he was going to hear its since the probability of such closeness seemed divine: we are hoping the Bill & Melinda Gates

13

Foundation takes on human trafficking—Ms. Gate's divorce in large part being due to Jeff Epstein.  Merdinger presided over Mass an hour later.

On May 30 2021, a tenant of Sandy Dekker's was sitting on the bench located next to the bench I slept on the night before (slept much better on the bench than my residence in Boston). Negan is the person's name and she was sitting in the rain on a Sunday morning at 8:30 AM as I woke due to the rain. When walked by and said hello, she and I began a conversation.

Negan gave me her email and we had coffee the next day, which is how I figured out she is a tenant of Sandy Dekker's based on what she told me.  When I informed Negan in an email that I knew she based on what she shared that she is a tenant of Sandy Dekker, Negan's attitude of wanting to resume or coffee conversation soon changed to where she would not be able to meet until the end of June.  But also, on May 30 2021 after 7 PM Mass at St. Lawrence, a man named Murray Blackman approached me (she stood next to me during Mass).  Blackman noted how he knew of Cardinal Burke and The Shrine of Our Lady of Guadalupe and was fond of Cardinal Burke (I had shared that His Eminence baptized my niece Goddaughter years earlier — the daughter of Dianne Kreibich).  But Blackman introduced subject matter about things at The Shrine that I had never heard about but which my friend Laura who works for The Shrine told me on June 3, "how did he know this...no one other than a few at The Shrine should know about that".  Blackman also noted how his phone had been hacked by drug dealers he used to interact with but did no longer do so since being in recovery.  Blackman sent me an email and provided me his phone number, which I have.

After I shared about the Harvard/Epstein/trafficking/teaching assistant concern, Blackman shared he was concerned his teenage daughter might be a victim of trafficking from her involvement with NET, a Catholic teen organization—I had never heard of NET; Blackman stated it was the teen equivalent of St. Paul Outreach.  I email Blackman that he should contact Polaris, the anti-trafficking organization and asked he not contact me again.  I noted that I had high functioning friends who might be of help behind scenes in due time.  Ironically, a UofMinnesota Electrical Engineering professor acquaintance of mine who I met at a Cybersecurity conference in April 2013 informed me he had just returned from providing digital forensic on the colonial pipeline hack concerns (one other entity attacked in May too).  I have email communication with this professor.  Negan was interested in meeting this professor since they both originate from the same Middle Eastern country.

On June 1 2021, I see a lady standing outside the chapel doorway at St. Lawrence Newman Center who looks VERY much like Susan Donnelly.  On June 3 2021, Merdinger's friend Tom leaves Mass in a different vehicle than his while I am having lunch across the street from the St. Lawrence parking lot.  Later that day, I see the owner of the same olde Suburu that this Tom and his wife left in.  The owner had sat in the rear of his own car earlier in the day after Mass — a chase car, so it seems followed Tom and his wife to return them to the St. Lawrence parking lot to pick up his newer Toyota car.  Then I see Andre Sanchez appear later when I returned to pick up a bag I mistakenly left across the street.  Sanchez was one of the St. Paul Outreach people in early April 2019 distributing content from my Ohio State email out of context.  Just before 1 PM on June 3, Sanchez appears in an older truck at St. Lawrence, gets out in and rushes inside St. Lawrence. A few minutes later, a TAMS security camera van pulls up to St.

Lawrence. I believe St. Lawrence new I had identified Susan Donnelly from June 1 and were having TAMS alter the security camera which is located off the side and above of the Chapel doors where I someone looking VERY much like Susan Donnelly. I know for sure it was Susan Donnelly at St. Lawrence on June 7 2019.

At the Graduate Hotel later in the day (June 3 2021), I am flagged by a younger woman while walking to the restroom. She is overly friendly with me; I had never met or spoken to her previously. When I return from the restroom, she again is overly friendly. We spoke at length after I learned from her navy-blue scrubs, she is a fourth-year dental student at the UMinnesota. She knows some of the faculty who I knew as a patient at the UofMinnesota dental school. This lady introduces comments about veterans housing programs sometimes being corrupted before pausing to see how I would respond. I knew this was not by coincidence after I speak other matters. She gives me her email address. But she did NOT tell me she was the President of Psi Omega dental fraternity. My oldest brother Milton Gardner was the president of Psi Omega dental fraternity at the time of his May 25 1982 arrest for kidnap and first-degree sexual assault—the same building stands in the background on the Psi Omega dental fraternity webpage and Psi Omega's Facebook page when I inquire on June 4 2021. When I email this lady and asked her why she did not inform me about being the president of Psi Omega dental fraternity after all we spoke about—let alone how she flagged me down wanting to speak, seemingly knowing about other concerns in my life, she does not respond.

On Saturday June 5 2020 while writing emails about these concerns, identify a person in the library speaking to a "Father" and TCP TP protocol. I see a Priest sitting in a car across the street from the public library when I leave who I had never before seen. My emails sent that night are corrupted; the material and format are altered significantly—that content had to do with Father Phil Merdinger. I see the same unknown Priest on June 9 standing outside Graduate hotel in civilian clothes; he become very nervous when I bump into him due to exiting through the side door which I rarely used previously. A lady looking VERY much like Julie Lonergan was pacing back and forth not far from me on the phone as I was inside the Graduate hotel writing an email—Julie Lonergan is the assistant Director of Harvard Extension School Admissions. She did not realize I knew her appearance. I then walked out the side door and bumped into the same Priest from June 5 parked next to the public library (all several blocks away). I got the license plate of the car the Priest was sitting in on June 5.

On June 6, I am looking at the Psi Omega Facebook while sitting in the Graduate hotel at the large sitting table where I sat most of the time (June 9 I sat elsewhere, to the side of the lobby). I see a picture on the 2018 Psi Omega Facebook picnic postings of a man on dunker who is also the same man sitting off to my left in the Graduate hotel as at the same time. I look up the UofMinnesota dental school faculty directory and identify this man: it is Dr. Gary Anderson; he attended dental school in the early 1980's with my oldest brother Milton. A lady who appears to be Dr. Gary Anderson's wife has sat down across from me shortly before I identify Anderson. They both got up and left together—I stated to him, "you are the guy on the dunker".

Then a while later, the interim Dean of the UofMinnesota dental school sits down across from me. I know it is Dr. Keith Mays since I still have the dental school directory up; I email friends throughout this situation, noting at 5:08 PM on June 6 that Dr. Keith Mays just sat down. At 5:12 PM, the fourth-year dental student emails me asking for me to take her off my email list and not contact her again—she has asked me to include her in emails about similar interests.

A half an hour later, a UofMinnesota police officer appears and wants to speak to me, all as Dr. Keith Mays sits in the same chair. The police officer and I move behind him to a more discreet area to talk. When I asked the police officer if Dr. Mays told him this and that, she replied no: Dr. Mays left out a lot of key information. But what is extremely telling and connected to interests with Harvard is when I introduce the name Sandy Dekker, my former landlady whose granddaughter wants to attend Harvard. When I state Sandy Dekker's name, Dr. Keith Mays literally got up and walked quietly towards the side of the hotel lobby and out the side door. Dr. Mays for sure has violated several professional ethical rules if not more due to his association with Sandy Dekker—so too seems the case with Dr. Gary Anderson. There is VERY good reason to believe that Harvard's Robert Neugeboren, Susan Donnelly, and Julie Lonergan worked with Phil Merdinger's St. Paul Outreach, Sandy Dekker, and the two dental faculty to try undermining my sobriety and get me in some sort of trouble to stop me from confronting their nefarious actions, from Harvard's to my older sibling's abuse of process in February 2017 as part of the crime against my late mother's Will, with Sandy Dekker's granddaughter being admitted to Harvard in return.

Please note, I saw Ms. Tanna Wise on the night of June 4th just after 9PM by the UofMinnesota's Mechanical Engineering steps (unique, like an amphitheater); Tanna had magenta hair. I have pictures of Tanna Wise in Madison WI on June 26 just before 2 PM, with her magenta hair showing underneath her black hair bun/ponytail--clearly so. I saw Tanna Wise on April 10 2021 in Boston with magenta hair in the back, walking next to me while crossing the street, close to the New England Center for Veterans.

C.

## Federal Jurisdiction

My case belongs in Federal Court due to my educational and civil rights having been violated. Although I am not a gun owner, my Second Amendment right has been violated from the outrageous false claim from Diann Kreibich that I have a fire arm violation—simply unequivocally untrue. Plus, there are defendants living in multiple states. There is good reason to believe that there is a false set of documents as part of my VA medical records being used to mislead people, including misleading the Minneapolis FBI. I was told in March 2019 by a Minneapolis base Secret Service agent that the FBI has me listed as having been born in Minnesota, which is untrue—was born in New Jersey, period! It appears that someone or some people with the Worcester MA VA and or the Tomah WI VA are responsible for such false records(s)--this has happened before with other veterans. It would make sense out of other comments and concerns not adding up which I can discuss during a hearing.

D.

## Relief Requested

I am requesting to be reinstated immediately into my Harvard graduate program and provided compensation through tuition and housing support—leaving up to the court for any damages from the emotional suffering and economic impact from Harvard's actions; they violated my Due Process; violated U.S. Code 242 and seemingly U.S. Code 241, as well as, obstructed justice and tampered with evidence during the first Federal Injunction for Relief. I am also requesting that Johns Hopkins School of Advanced International Studies and its former Dean Eliott Cohen provide documentation of Tanna's present status, also explaining events from Fall 2019 to the present which do not align with Ms. Tanna Wise's Linkedin and a claim posted on June 10 2021 on a Johns Hopkins blog.

But I request this relief for the impact all of these wrong decisions and actions on Harvard's end impacted my graduate education. I would like to explain in a hearing how both my thesis developed at Harvard and the project to test it through athletic recruiting has direct relevance to ever increasing concerns about racial injustice and lingering effects of past wrongs.

I am also requesting that Harvard people involved provide all documentation relevant to concerns involving Tanna Wise, a copy of the complaint in Tanna's name, if there is in fact one? Also, I am requesting all texts, phone records, emails and communication between St. Lawrence Newman Center, Susan Donnelly, Phil Merdinger, the two dental faculty, Sandy Dekker, the Priest from June 5 and June 9 2021 in Minneapolis.

I request the restraining orders Dianne Kreibich and Milton Gardner being dropped and expunged from my record and all documents legally mine per the Will I am in are rightfully provided me. I am requesting Tim Murphy provide me all the documents he has on my mother's estate and these concerns with Dianne Kreibich and Milton Gardner. I request whatever money I am owed but which was not provided me due to the fraudulent actions of those entrusted with overseeing my mother's Will be provided to me, so I can forward most of the money to good causes. This is NOT about money but my late mother's Wishes and her dignity and my dignity being justly restored.

I am requesting that New England Center Veterans provides all documents on the veteran named Joshua who lived there from late December 2019 until I left on February 15 2020 — Joshau worked at Town Park Valet at Mass General Hospital. I am requesting that New England Center provide any and all documentation discussing concerns with me and my Harvard/Tanna Wise concerns.

I am requesting that New England Center and Boston Housing Authority remedy the living situation immediately and/or compensate me for the money I have lost since moving out, from travel expenses to the damages of significant hardship due to their fraudulent actions and violation of Federal Fair Housing Civil Right laws, interrupting my forward movement and stable housing that they led me into believing was their intention—their actions do connect with wha they told me and what laws require and protect.

I also am speaking on behalf of Ms. Tanna Wise who until provided a safe setting and legitimate third parties, as this court and law enforcement, cannot speak for herself. I am requesting that Johns Hopkins and Harvard explain their behaviors towards Ms. Tanna Wise dating back to Fall 2018 through the present, remedying any wrongs and reinstating Ms. Tanna Wise into her own graduate program with certain conditions that she embraces support to deal with and heal from her late father's horrific medically induced tragedy. If this Court reads the Austin American Statesman articles on Ms. Tanna Wise's late father, it will appreciate quicky the enormity of tragedy and trauma that protracted from 1992 through 2016 and into the present with Ms. Tanna Wise. I request this Courts assistance in helping with this situation which due to the nature of human trafficking becomes very sensitive.

Finally, due to the obvious complexities and many defendants of these multiple concerns having converged into what might be called a perfect storm of injustice, I can better explain during a hearing and provide volumes of documentation, as well as, high character references from people who know me well and who know these situations well as they have unfolded since 2015. I

I pray with humility and gratitude for this Court's authority to provide Relief through an Injunction Order for these claims.

P.s. I apologize for any spelling/grammatical errors throughout

18

2.      Defendant _____

(Name)

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.      STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1.      Who violated your rights;
2.      What each defendant did;
3.      When they did it;
4.      Where it happened; and
5.      Why they did it, if you know.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

C.    JURISDICTION

☒   I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

*vvid*

☒   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit.  Examples may include an award of money or an order telling defendants to do something or stop doing something.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                    OR
☑    Court Trial – I want a judge to hear my case


Dated this _10_ day of _August_ 20_21_.

Respectfully Submitted,

_John Gardner_
Signature of Plaintiff

_415 - 646 - 6912_
Plaintiff's Telephone Number

_j_gardner45@outlook.com_
Plaintiff's Email Address

_312 Wisonsin Avenue_
_Madison, WI 53703-2108_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee.  I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.